| | |
|---|---|
| 1 | LUCAS VALLEY LAW<br>MARK K. de LANGIS (SBN 190083) |
| 2 | 2110 Elderberry Lane<br>San Rafael, California 94903 |
| 3 | Telephone: (415) 472-3892<br>Facsimile: (415) 472-3977 |
| 4 | mdelangis@lucasvalleylaw.com |
| 5 | Attorneys for Plaintiff<br>AMERICAN PRESIDENT LINES, LTD. |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 13 | | |
| 14 | AMERICAN PRESIDENT LINES, LTD., a corporation, | No. C 07-3221 MMC |
| 15 | Plaintiff, | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| 16 | v. | |
| 17 | | [Local Rule 3-16] |
| 18 | FORTA CORPORATION, a corporation, | |
| 19 | Defendant. | |
| 20 | | |
| 21 | / / / | |
| 22 | | |
| 23 | / / / | |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(a) Neptune Orient Lines (NOL) – parent corporation

(b) American President Lines, Ltd. (APL) – plaintiff (NOL subsidiary)

(c) APL Co. Pte., Ltd. – plaintiff (affiliated corporation)

These representations are made to enable the Court to evaluate possible disqualifications or recusal.

Dated: June 19, 2007

                                             /s/
                                 Mark K. de Langis
                                 Attorney of Record for
                             American President Lines, Ltd.