| | |
|---|---|
| 1 | LUCAS VALLEY LAW |
|   | MARK K. de LANGIS (SBN 190083) |
| 2 | 2110 Elderberry Lane |
|   | San Rafael, California 94903 |
| 3 | Telephone: (415) 472-3892 |
|   | Facsimile: (415) 472-3977 |
| 4 | mdelangis@lucasvalleylaw.com |
| 5 | Attorney for Plaintiff |
|   | AMERICAN PRESIDENT LINES, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMERICAN PRESIDENT LINES, LTD., a corporation, | ) | No. C 07-3221 MMC |
| Plaintiff, | ) | NOTICE OF SETTLEMENT |
| v. | ) | |
| FORTA CORPORATION, a corporation, | ) | |
| Defendant. | ) | |

    Plaintiff American President Lines, Ltd. ('APL') hereby notifies the Court that a settlement has been reached in this action. The settlement is for all claims and all causes of action against every party which has been named and served in this action.

1  APL will file a Notice of Voluntary Dismissal, with prejudice, pursuant to the Federal
2  Rules of Civil Procedure, Rule 41(a)(1), as soon as the settlement has been finalized with
3  payment and execution of any release.
4
5  APL respectfully requests that the Court take this matter off its calendar for September
6  28, 2007, at 10:30 a.m., courtroom 7, 19th floor.
7
8
9  DATED: September 21, 2007
10                                                             LUCAS VALLEY LAW
11
12
13                                           By: /s/ _____
                                                  Mark K. de Langis
                                                  Attorneys for Plaintiffs
14                                                AMERICAN PRESIDENT LINES, LTD.
15
16
17
18
19
20
21
22
23
24
25
26

NOTICE OF SETTLEMENT
2

1 **PROOF OF SERVICE**

2    I am a citizen of the United States, over 18 years of age, not a party to this action
3 and employed in the County of Marin, California, at 2110 Elderberry Lane, San Rafael,
4 California 94903. I am readily familiar with the practice of this office for collection and
5 processing of correspondence for mailing with the United States Postal Service and
6 correspondence is deposited with the United States Postal Service that same day in the ordinary
7 course of business.
8    Today I served the attached:
9    **NOTICE OF SETTLEMENT**
10
11 by causing a true and correct copy of the above to be placed in the United States Mail at San
Rafael, California in sealed envelope(s) with postage prepaid, addressed as follows:
12
13   Lauren Camp, Esq.
     Corporate Counsel
     Forta Corporation
14   100 Forta Drive
     Grove City, PA  16127
15
16
17    I declare under penalty of perjury under the laws of the United States that the
foregoing is true and correct and that this declaration was executed on September 21, 2007.
18
19
20                                                  _____
                                                         /s/ Mark K. de Langis
21
22
23
24
25
26

NOTICE OF SETTLEMENT
3